

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2017

No. 04-17-00620-CV

**IN THE INTEREST OF A.L. ET AL., CHILDREN,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-2158-CV
Honorable Thomas Nathaniel Stuckey, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file their brief is granted. The appellant's brief is due on November 20, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court